# Exhibit A

## CONSENT TO BE A PARTY PLAINTIFF

   1.  I consent to be a party plaintiff in a lawsuit against Mary Giuliani Catering & Events, Inc. and Ryan Giuliani, and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

   2.  By signing and returning this consent form, I designate Outten & Golden LLP ("O&G") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that O&G will petition the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

   3.  I also consent to join any separate or subsequent action to assert my claim against Mary Giuliani Catering & Events, Inc., and/or Ryan Giuliani, and/or related entities and individuals potentially liable.

_____
Signature

Jeremy Holmes
_____
Full Legal Name (print)